PREET BHARARA
United States Attorney for the
Southern District of New York
By: ANDREW E. KRAUSE
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2769
Facsimile: (212) 637-2786
E-mail: andrew.krause@usdoj.gov

14 MISC 280



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
IN RE:                                             :     APPLICATION FOR AN
                                                   :     EX PARTE ORDER PURSUANT
LETTER ROGATORY FOR                                :     TO 28 U.S.C. § 1782(a)
INTERNATIONAL JUDICIAL                             :
ASSISTANCE FROM THE SUPERIOR                       :     14 Misc.
COURT OF JUSTICE OF MEXICO CITY,                   :
FEDERAL DISTRICT FAMILY COURT,                     :
IN THE MATTER OF FRANCIS HENRY                     :
MARIE DE SMEDT v. BARBARA                          :
PHILIPPA CLARE DAY.                                :
-------------------------------------------------------x

Upon the accompanying declaration of Andrew E. Krause, executed on August 29, 2014, the United States of America, by its attorney, Preet Bharara, United States Attorney for the Southern District of New York, petitions this Court for an ex parte order pursuant to 28 U.S.C. § 1782(a), appointing Andrew E. Krause, Assistant United States Attorney, as Commissioner for the purpose of obtaining information as requested by a letter rogatory for International Judicial Assistance from the Superior District Court of Justice of Mexico City, Federal District Family Court, seeking information from David Zwirner Gallery, in New York, New York, in connection

with a proceeding pending in that court captioned "Francis Henry Marie de Smedt v. Barbara Philippa Clare Day."

Dated: New York, New York
August 29, 2014

                                        Respectfully submitted,

                                        PREET BHARARA
                                        United States Attorney for the
                                        Southern District of New York

By: _/s/ Andrew Krause_____
      ANDREW E. KRAUSE
      Assistant United States Attorney
      86 Chambers Street, 3rd Floor
      New York, New York 10007
      Tel:  (212) 637-2769
      Fax:  (212) 637-2786
      Email:  andrew.krause@usdoj.gov